AO 91 (Rev. 11/11) Criminal Complaint

EC/JMR

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Jason Dawson<br>2009 Darbywine Drive<br>Charlotte, North Carolin 28216 | ) Case No. 2:24-mj-231 ) ) ) ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 2021 to October 2022  in the county of  Franklin  in the
 Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution, Receipt, and Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

HSI TFO Joseph Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

Date:  4/30/2024

City and state:  Columbus, Ohio  Chelsey M. Vascura, US Magistrate Judge
*Printed name and title*