UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JASON DAWSON,<br><br>　　　Defendant. | CASE NO. 2:24-CR-231<br><br>MAGISTRATE JUDGE VASCURA |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND ARREST WARRANT DUE TO DEATH OF DEFENDANT

　　Now comes the United States, by and through its counsel, Assistant United States Attorney, Jennifer M. Rausch, and hereby moves the court for a dismissal of the Complaint and Arrest Warrant as it pertains to JASON DAWSON. The reasons for dismissal are set forth below.

　　The Government has confirmed that on May 1, 2024, defendant JASON DAWSON did die by self-inflicted gunshot wound of the head in Franklin County, Ohio. Due to the death of the defendant in this case, the government requests that the Complaint and Arrest Warrant filed on April 30, 2024 be dismissed without prejudice.

1

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/Jennifer M. Rausch*
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Jennifer.Rausch@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Dismiss Complaint and Arrest Warrant was served on July 23, 2024, electronically upon all counsel of record in this case.

*s/Jennifer M. Rausch*
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney